GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN
A Professional Corporation
72 Eagle Rock Avenue
P.O. Box 438
East Hanover, NJ 07936
Telephone: 973-509-7500
Attorneys for Defendant, Bureau of Collection Recovery, LLC
Our File No. 446.23807/PC

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL S. KENNEDY, on behalf of himself and those similarly situated, | CIVIL ACTION NO.: 2:10-cv-02589SDW-MCA |
| Plaintiff(s), | ORDER EXTENDING DISCOVERY |
| vs. | |
| BUREAU OF COLLECTION RECOVERY, LLC and JOHN DOES 1-25, | |
| Defendant(s). | |

THIS MATTER having been brought to the Court by the parties upon application by the parties it is on this;

IT IS on this 20 day of Dec , 2010;

ORDERED that fact discovery is extended until January 31, 2011; and it is further

ORDERED that a copy of this Order shall be served upon all counsel within _____ days from the date hereof.

_Tel. conf. on Fr_
_Jan 4, 2011 at 4pm_

_____
Madeline Cox Arleo, U.S.M.J.